IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 09-cr-00163-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  EUGENE MCKENZIE,

      Defendant.
_____

## ORDER SETTING TRIAL DATES AND DEADLINES
_____

      This matter has been scheduled for a four-day jury trial on the docket of Judge Philip A. Brimmer in the U.S. District Courthouse, Courtroom A701, 7th Floor, 901 19th Street, Denver, Colorado, to commence on **November 2, 2009 at 8:00 a.m.**  It is

      ORDERED that all pretrial motions shall be filed by **October 7, 2009** and responses to these motions shall be filed by **October 14, 2009.**  It is further

      ORDERED that a Trial Preparation Conference is set for **October 30, 2009 at 2:30 p.m.** in Courtroom A701.  Lead counsel who will try the case shall attend in person.

      The parties shall be prepared to address the following issues at the Trial Preparation Conference:

      1)      jury selection;

      2)      sequestration of witnesses;

      3)      timing of presentation of witnesses and evidence;

4)      anticipated evidentiary issues;

5)      any stipulations as to fact or law; and

6)      any other issue affecting the duration or course of the trial.


DATED September 11, 2009.

BY THE COURT:


s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge

2