IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-cr-00163-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  EUGENE MCKENZIE,

    Defendant.
_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    The sentencing hearing scheduled for January 8, 2010 at 10:00 a.m. is vacated and rescheduled for **January 29, 2010 at 2:30 p.m.**

    DATED:  December 7, 2009