IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE PHILIP A. BRIMMER

COURTROOM MINUTES

| Courtroom Deputy: Kathy Preuitt-Parks | Date: March 10, 2010 |
| Court Reporter: Janet Coppock | Time: one hour and 14 minutes |
| Probation Officer: Susan Heckman | Interpreter: n/a |

**CASE NO. 09-CR-00163-PAB**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Kasandra Carleton |
| Plaintiff, | |
| vs. | |
| **EUGENE MCKENZIE,** | Matthew Golla |
| Defendant. | |

### SENTENCING

**2:35 p.m.   COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

**ORDERED:** The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

**2:43 p.m.** Argument by Mr. Golla in support of Defendant's Motion for Non-Guideline Sentence and comments addressing sentencing.

**2:56 p.m.** Argument by Ms. Carleton in opposition to defendant's motion and comments addressing sentencing.

**3:09 p.m.** Further comments by Mr. Golla.

**3:13 p.m.** Defendant addresses the Court.

Court states its findings and conclusions.

**ORDERED:** Defendant's Motion for Non-Guideline Sentence (Doc #19), filed 1/15/10 is **GRANTED**.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered his plea on **October 30, 2009** to count **One of the Indictment.**

**ORDERED:** Defendant's plea of guilty is **ACCEPTED.**

**ORDERED:** Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:** Defendant shall be **imprisoned** for **12 months**.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **2 years**.

**ORDERED:** **Conditions** of Supervised Release that:
- (X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (X) Defendant shall not commit another federal, state or local crime.
- (X) Defendant shall not illegally possess controlled substances.
- (X) Defendant shall not possess a firearm or destructive device.
- (X) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.

    **(X)**    Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.

    **(X)**    Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

    **(X)**    Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

**ORDERED: Special Condition** of Supervised Release that:

    **(X)**    Defendant shall participate in and successfully complete in a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant will be required to pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.

    **(X)**    Defendant shall comply with the terms and conditions for payment of the special assessment, restitution or fine imposed by this judgment.

    **(X)**    Defendant shall pay any **special assessment, restitution, fine** that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED: No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Costs of imprisonment and supervised release are WAIVED.

**ORDERED:** Government's Motion for Acceptance of Responsibility (Doc #21), filed 1/21/10 is **GRANTED.**

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 10 days.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

Page four
09-CR-00163-PAB
March 10, 2010

Court directs the United States Marshal to take into account the defendant's medical needs.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**3:53 p.m.   COURT IN RECESS**

**Total in court time:        74 minutes**

**Hearing concluded**